# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
November 30, 2010

Lyle W. Cayce
Clerk

No. 08-30274
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GENTRICK JAMES SEMIEN, also known as Gent,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:99-CR-20002-2

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gentrick James Semien, federal prisoner # 10150-035, has moved for leave to withdraw in Semien's appeal of the district court's order denying 18 U.S.C. § 3582(c)(2) relief and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Semien has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 08-30274

further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR.
R. 42.2.